1  Joseph R. Manning, Jr. (SBN 223381)
2  DisabilityRights@manninglawoffice.com
   **MANNING LAW, APC**
3  20062 SW Birch Street, Suite 200
   Newport Beach, CA 92660
4  Tel: 949.200.8755 / Fax: 866.843.8308

5  Attorneys for Plaintiff: JAMES RUTHERFORD

6  Brendan W. Brandt, SBN 150603
7  Michelle M. Wolfe, SBN 156666
   VARNER & BRANDT, LLP
8  3750 University Avenue, Suite 610
   Riverside, California 92501-3323
9  Telephone: (951) 274-7777 Facsimile: (951) 274-7770

11 Attorney for Defendant: COOLEY A SHOPPING CENTER LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COOLEY A SHOPPING CENTER LLC, an Idaho limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-00537-JFW-KK<br><br>Hon. John F. Walter<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: March 13, 2020<br>Trial Date: None |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") and COOLEY A SHOPPING CENTER LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 14, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
 Joseph R. Manning, Jr.
 Attorney for Plaintiff
 James Rutherford

DATED: September 14, 2020

**VARNER & BRANDT, LLP**

By: /s/ *Michelle M. Wolfe*
 Michelle M. Wolfe
 Attorneys for Defendant
 Cooley A Shopping Center LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 14, 2020   By: /s/ *Joseph R. Manning, Jr.*