JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COOLEY a Shopping Center LLC, an Idaho Limited Liability Company; and Does 1-10,<br><br>Defendants. | Case No. 5:20-cv-00537-JFW-KKx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Cooley A Shopping Center LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   September 21, 2020

_____
UNITED STATES DISTRICT JUDGE